UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE WELCH, MAMADOU DEMBELE, SOULEYMANE MORI, DOLUNAY MOSER, and MINERVA ELSAYED,<br><br>    Plaintiffs<br><br>v.<br><br>PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION,<br><br>    Defendant | Civil Action No. 1:20-cv-11390-NMG |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTY

Plaintiffs Renee Welch ("Welch"), Mamadou Dembele ("Dembele"), Souleymane Mori ("Mori"), Dolunay Moser ("Moser") and Minerva Elsayed ("Elsayed") respectfully seek leave to file a First Amended Complaint. A copy of the proposed First Amended Complaint is submitted as Exhibit 1. As grounds therefore, the plaintiffs' state the following:

    1.    Jason DeMello ("DeMello") had previously been a plaintiff in this action.

    2.    On April 13, 2021, this Court ordered that DeMello's claim under Chapter G.L. c. 151B and claim for common law wrongful termination be dismissed with prejudice, and that DeMello's claim under Title VII be dismissed without prejudice so that DeMello may seek to satisfy the administrative prerequisite to filing a Title VII claim by filing a complaint with the EEOC. See Doc. #21, p. 10.

    3.    On April 15, 2021, DeMello filed a complaint with the EEOC. See Exhibit 2, appended.

1

    4.       On April 20, 2021, the EEOC issued DeMello a Notice of Right to Sue with accompanying letter. See <u>Exhibit 3</u>, appended.

    5.       Accordingly, DeMello has exhausted his administrative remedies and may now seek to rejoin this action by re-bringing a Title VII claim.

The Court should freely give leave to amend a pleading when justice so requires. Fed. R. Civ. P. 15(a)(2). A party will be entitled to amend its pleadings unless the opposing party can show prejudice or bad faith. Forman v. Davis, 371 U.S. 178, 182 (1962). No prejudice or bad faith exists here and no parties would be prejudiced by the allowance of the proposed <u>First Amended Complaint</u>.

WHEREFORE, the plaintiffs move that this Court grant them leave to file a <u>First Amended Complaint</u>.

                Respectfully submitted,

                RENEE WELCH, MAMADOU DEMBELE, SOULEYMANE MORI, DOLUNAY MOSER, and MINERVA ELSAYED

                By their attorneys,

                PREGENT LAW

                <u>/s/ Travis T. Pregent</u>
                Travis T. Pregent, Esq.
                BBO#: 682998
                PREGENT LAW
                One State Street, Suite 1200
                Boston, MA 02109
                (978) 381-3256
                travis@pegentlaw.com

                and

                                    Jonathan D. Plaut, Esq.
                                    BBO#: 638344
                                    COHAN RASNICK PLAUT LLP
                                    One State Street, Suite 1200
                                    Boston, MA 02109
                                    (617) 451-3200
                                    jdplaut@chardonlaw.com

CERTIFICATION

    I certify that I have served this document via Notice of Electronic Filing for parties and counsel on the date set forth below in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

                                      /s/ Travis T. Pregent
                                      Travis T. Pregent

Date: April 21, 2021