UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE WELCH, MAMADOU DEMBELE, SOULEYMANE MORI, DOLLY MOSER, and MINERVA ELSAYED,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Civil Action No. 1:20-cv-11390 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

| | |
|---|---|
| **RENEE WELCH, MAMADOU DEMBELE, SOULEYMANE MORI, DOLLY MOSER, MINERVA ELSAYED** | **PEOPLE'S UNITED BANK, NA** |
| By their attorneys, | By its attorneys, |
| By: /s/ *Travis T. Pregent*<br>Travis T. Pregent, Esq. (BBO No.682998)<br>travis@pregentlaw.com<br>Pregent Law<br>One State Street, Suite 1200<br>Boston, MA 02109<br>978.381.3256<br><br>Jonathan D. Plaut (BBO No. 638344)<br>jdplaut@chardonlaw.com<br>Cohan Rasnick Plaut LLP<br>One State Street, Suite 1200<br>Boston, MA 02109<br>617.451.3200 | By: */s/ Brian E. Lewis*<br>Brian E. Lewis (BBO No. 643717)<br>Brian.lewis@jacksonlewis.com<br>Benjamin R. Davis (BBO No. 673017)<br>Benjamin.davis@jacksonlewis.com<br>Matthew A. Porter (BBO No. 630625)<br>Matthew.porter@jacksonlewis.com<br>Jackson Lewis P.C.<br>75 Park Plaza<br>Boston, MA 02116<br>617.367.0025 |

## CERTIFICATE OF SERVICE

      I hereby certify that this Stipulation document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2022.

      /s/ Brian E. Lewis
      JACKSON LEWIS P.C.

4894-4960-9490, v. 1